UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

GILBERTO MINAYA,

    Defendant.

- - - - - - - - - - - - - - - - - X

INDICTMENT

19 Cr.

**19 CRIM 487**

COUNT ONE

The Grand Jury charges:

On or about April 30, 2019, in the Southern District of New York and elsewhere, GILBERTO MINAYA, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a .32 caliber Ceska-Zbrojovka semi-automatic handgun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

_____
FOREPERSON   7/1/19

_____
GEOFFREY S. BERMAN
United States Attorney

**Judge McMahon**