# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/20

MEMO ENDORSED

**BY ECF**

October 29, 2020

10/29/20
Request Granted.

*[signature: Colleen McMahon]*

The Honorable Colleen McMahon
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  **United States v. Gilberto Minaya**
     **19 Cr 487 (CM)**

Dear Chief Judge McMahon,

The defense writes with a request to modify Mr. Minaya's bail. Since the court released Mr. Minaya on July 9. 2019, Mr. Minaya has been fully compliant with all aspects of his pretrial release, including completing anger management classes and complying with the rules of home detention. The defense makes the following request:

1. The defense respectfully requests Mr. Minaya be granted leave on Saturday October 31, 2020 between 3 and 9 PM to take his son treat-or-treating in the Fordham Road and East Elmsford area of the Bronx. As a rule, Pretrial does not consent to social requests for clients on home detention and therefore requires Court approval. The government has no objection to our request. Mr. Minaya and his son plan to fully comply with the rules of social distancing, mask wearing, and to stay safe during the pandemic.

Respectfully submitted,

*[signature]*

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, New York 10007
(212) 417-8733
Ian_marcus_amelkin@fd.org