# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020

**BY ECF**

November 12, 2020

The Honorable Colleen McMahon
United States Chief Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

RE:   **United States v. Gilberto Minaya**
      **19 Cr. 487 (CM)**

Request granted
Colleen McM
11/12/2020

Dear Chief Judge McMahon,

The defense writes with a request to temporarily modify Mr. Minaya's bail. Since the court released Mr. Minaya on July 9, 2019, Mr. Minaya has been fully compliant with all aspects of his pretrial release, including attending anger management classes and complying with the rules of home detention. The defense makes the following request:

1. The defense respectfully requests Mr. Minaya be granted leave tomorrow, November 13 between 2 and 6 PM to take his son to Applebees in the Bronx Terminal Market to celebrate his son's 9th birthday. It will not be a party, but just a meal between Mr. Minaya and his son. As a rule, Pretrial does not consent to social requests for clients on home detention and therefore requires Court approval. The government has no objection to our request.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, New York 10007
(212) 417-8733
Ian_marcus_amelkin@fd.org