UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA        :
                                :    19 Cr. 487-1
    -against-                   :    ORDER
                                :
  Gilberto Minaya               :
                                :
       Defendant                :
-----------------------------------X

COLLEEN McMAHON, Chief United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York
       January 6, 2021

SO ORDERED:

_____
COLLEEN McMAHON
Chief U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20